UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mary Hersey</u>

v.                            Civil No. 11-cv-207-SM

<u>WPB Partners, LLC</u>

### **O R D E R**

The Court has been advised that Mary Hersey has filed for relief under the Bankruptcy Code.

SO ORDERED.

By the Court,

Date: September 19, 2011

*/s/ Steven J. McAuliffe*
Steven J. McAuliffe
Chief Judge

cc: Mary Hersey, pro se
      Christopher J. Somma, Esq.
      Edmond J. Ford, Esq.