UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mary Hersey</u>

    v.                                      Civil No. 11-cv-207-SM

<u>WPB Partners, LLC</u>

### **O R D E R**

The Court has been advised that Mary Hersey has filed for relief under the Bankruptcy Code.

SO ORDERED.

                                         By the Court,

Date: September 19, 2011

                                       Steven J. McAuliffe
                                       Chief Judge

cc:    Mary Hersey, pro se
       Christopher J. Somma, Esq.
       Edmond J. Ford, Esq.