```
                  UNITED STATES DISTRICT COURT

                    DISTRICT OF NEW HAMPSHIRE
```

Mary Hersey,
       Plaintiff

       v.                                  Case No. 11-cv-207-SM

WPB Partners, LLC,
       Defendant


                           **O R D E R**


       By operation of the provisions of 11 U.S.C. § 362, defendant's counterclaim is automatically stayed.

       The bankruptcy trustee in plaintiff's Bankruptcy Case, No. 11-13342-JMD, United States Bankruptcy Court, District of New Hampshire, shall file a motion for substitution of party pursuant to Fed. R. Civ. P. 17, if the trustee chooses to pursue the case, or an appropriate pleading if not, on or before January 13, 2012. Failure to respond will result in a dismissal without prejudice for failure to prosecute.

       Attorney Somma's Notice of Attorney Withdrawal, Doc. No. 29, is treated as a motion for leave to withdraw (L.R. 83.6(d)), which motion is granted.


       **SO ORDERED.**

                                           _____
                                           Steven J. McAuliffe
                                           United States District Judge

December 5, 2011

cc: Mary Hersey, pro se
 Edmond J. Ford, Esq.
 Lawrence Sumski, Trustee