UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mary Hersey</u>

        v.                Case No. 11-cv-207-SM

<u>WPB Partners, LLC</u>

O R D E R

    The bankruptcy trustee in plaintiff's Bankruptcy Case, No. 11-13342-JMD, having failed to comply with this Court's Order dated December 5, 2011, plaintiff's claims are hereby dismissed without prejudice for failure to prosecute. As the counterclaims were automatically stayed upon plaintiff's filing for bankruptcy protection, the case shall be administratively closed, subject to reopening upon motion by the defendant if relief from the automatic stay is first obtained.

    SO ORDERED.

January 18, 2012

                                                Steven J. McAuliffe
                                                U.S. District Judge

cc:    Mary Hersey, pro se
       Edmond J. Ford, Esq.
       Lawrence Sumski, Trustee