UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Mary Hersey

                    v.                              Case No. 11-cv-207-SM

WPB Partners, LLC


O R D E R


     The bankruptcy trustee in plaintiff's Bankruptcy Case, No. 11-13342-JMD, having failed to

comply with this Court's Order dated December 5, 2011,  plaintiff's claims are hereby dismissed

without prejudice for failure to prosecute.  As the counterclaims were automatically stayed upon

plaintiff's filing for bankruptcy protection, the case shall be administratively closed, subject to

reopening upon motion by the defendant if relief from the automatic stay is first obtained.

          SO ORDERED.


January 18, 2012                          _____
                                          Steven J. McAuliffe
                                          U.S. District Judge


cc:    Mary Hersey, pro se
       Edmond J. Ford, Esq.
       Lawrence Sumski, Trustee